| | |
|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY ) ) ) | |
| v. ) ) | NO. 3:10cv0197 <br> JUDGE SHARP |
| TENNESSEE DEPARTMENT OF REVENUE and REAGAN FARR, Commissioner of Revenue of the State of Tennessee ) ) ) ) ) ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/27/2013.

    KEITH THROCKMORTON, CLERK
    s/Tina M. Webster, Deputy Clerk